**No. 57952.**—Paul A. Straub & Co., Inc. *v.* United States, protests 190845–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 57953.**—S. P. Skinner Co., Inc. *v.* United States, protest 215706–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of china or porcelain figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 57954.**—R. U. Delapenha & Co., Inc. *v.* United States, protest 191441–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 57955.**—F. Burkart Manufacturing Company *v.* United States, protest 168694–K (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of istle or Tampico fiber the same in all material respects as that the subject of *F. Burkart Manufacturing Company* v. *United States* (31 Cust. Ct. 7, C. D. 1537), the claim of the plaintiff was sustained.